# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| WAYNE PRATER, | : | No. 9 EAP 2018 |
| | : | |
| Appellant | : | Appeal from the order of |
| | : | Commonwealth Court entered on |
| | : | January 24, 2018 at No. 468 MD 2017 |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTIONS, ET. AL., | : | |
| | : | |
| Appellees | : | |

## <u>ORDER</u>

**PER CURIAM**

　　**AND NOW,** this 21st day of November, 2018, the order of the Commonwealth Court is **AFFIRMED**.